Josephine W. Taylor, Respondent, v. Alice W. Emmet and Fanny L. Johnson, Respondents, Impleaded with Ellerton P. Whitney and Others, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Robert A. Funger, Respondent, v. Brooklyn Bottle Stopper Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax on the Estate of Caroline W. Astor, Deceased. John Jacob Astor and Others, Individually and as Executors, etc., of Caroline W. Astor, Deceased, Appellants; Comptroller of the State of New York, Respondent.— Appeal dismissed, with ten dollars costs and disbursements to respondent. No opinion.

Louis C. Noot, Appellant, v. Midge Fannie Noot, Respondent. (Nos. 1 and 2.) — In each case order affirmed, with ten dollars costs and disbursements. No opinion.

Cœur D'Alene North Fork Mining and Smelting Company, Plaintiff, v. Frank Paul, Defendant. Oscar B. Bergstrom, Appellant; Thomas F. Foley, ex-Sheriff of New York County, and John S. Shea, Sheriff of New York County, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of Karl M. Wallach, Deceased, Sidney Wallach, Appellant, and Milton M. Dryfoos and Others, Respondents, Executors Named in the Last Will and Testament of Karl M. Wallach, Deceased.— Order modified as directed in order and as so modified affirmed, without costs. No opinion.

The People of the State of New York ex rel. American Exchange National Bank, Appellant, v. Lawson Purdy and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John E. McMurtry, Appellant, v. The American Mills Company, Respondent, Impleaded with Charles N. McLean.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Federal Sanitary Clearing and Refining Company, Respondent, v. Maurice Loeb, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. No opinion.

Voska, Foelsch & Sidlo, Inc., Respondent, v. Manchester Marble Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Thomas De Baw v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

Adolph C. Gabner v. George B. McClellan and Others.— Motion to dismiss appeal granted, with ten dollars costs.

Margaret Hayden, as Administratrix, v. Adrian H. Joline and Others.— Motion granted, with ten dollars costs, unless appellant complies with conditions stated in order.

Juanna Brinkerhoff v. Sigismund Cohn.— Motion granted, with ten dollars costs, unless appellant complies with conditions stated in order.